■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABDUL-JABBAR MALIK, Appellant, v EUGENE REYNOLDS et al., Respondents. — Judgment unanimously affirmed. Memorandum: Since the relief sought in the petition could not have resulted in petitioner's release from prison, habeas corpus is not the proper remedy. We convert the proceeding to one under CPLR article 78 (see CPLR 103, subd [c]), and dismiss the petition as lacking in merit. (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J. — habeas corpus.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.